RECEIVED AND FILED
2007 MAY 11 PM 3:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

16 DE ABRIL 2007

HON. SALVADOR CASELLAS
JUEZ
TRIBUNAL FEDERAL DE PUERTO RICO
AVE. CHARDON
HATO REY, PUERTO RICO

HONORABLE JUEZ CASELLAS:

CUMPLIENDO MI SENTENCIA EN LA INSTITUCION DE COLLMAN, EL 8 DE ENERO 2004, SUFRI UN DERRAME CEREBRAL, EL CUAL ME DEJO AFECTADO TODO EL LADO DERECHO DE MI CUERPO. FUI TRASLADADA A CASSWELL EN EL ESTADO DE TEXAS, DONDE ESTUVE RECIBIENDO TRATAMIENTO Y TERAPIAS DURANTE OCHO (8) MESES. SOY UNA MUJER DE SESENTA Y OCHO (68) ANOS, SOY PACIENTE DE DIABETIS, GLAUCOMA Y CATARATAS.

EL PASADO MES DE FEBRERO 2007 FUI TRASLADADA AQUI A PUERTO RICO Y DESDE ENTONCES NO HE RECIBIDO NINGUN TIPO DE TERAPIA QUE ME AYUDE A RECUPERAR LA UTILIZACION DE MI MANO Y PIE DERECHO.

ME DIRIJO A USTED CON EL PROPOSITO DE SOLICITARLE UN ARRESTO DOMICILIARIO POR LOS MESES QUE ME RESTAN DE SENTENCIA Y PODER CONTINUAR RECIBIENDO TERAPIAS QUE ME AYUDEN A VALERME POR MIS PROPIAS FUERZAS.

EN ESPERA DE SU ATENCION QUEDO,

*Sonia Hernández*

SONIA HERNANDEZ REYES
18970-069
METROPOLITAN DETENTION CENTER
P.O. BOX 2005
CATANO, P.R.   00963-2005

Luis Henriquez Reyes
18970-069
Metropolitan Detention Center
P.O. Box 2005
Catano, P.R. 00963-2005

San Juan PR 009
10 MAY 2007 PM 2 T

Hn. Salvador Casellas
Tribunal Federal P.R.
Ave. Chardon 350
San Juan, P.R. 00918