# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**[9] SONIA HERNANDEZ REYES,**<br><br>Defendant. | **CASE NO. 00-96(SEC)** |

## MOTION REQUESTING EXTENSION OF TIME

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. The United States' Response to Defendant's Motion to Reduce Sentence was due June 14, 2007.

2. The United States has been unable to respond to said Motion.

3. The United States respectfully submits this Motion Requesting An Extension of Time in which to respond to said motion. The undersigned needs to discuss this case fully with her supervisor, AUSA Warren Vazquez before responding.

4. Due to the undersigned's hectic trial schedule, she has been unable to answer defendant's motion. The undersigned has been preparing for or has been in trial. One trial was held before Honorable Judge Daniel R. Dominguez which was originally scheduled for May 8, 2007 but moved to May 22, 2007 and which ended Tuesday, June 4, 2007. Another trial commenced Monday, June 11, 2007 before Honorable Judge Jay A. Garcia which ended Thursday, June 14, 2007.

**WHEREFORE,** the United States of America respectfully requests that this Honorable Court enter an Order granting the instant motion providing the United States five (5) additional business days to respond to defendant's Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of June, 2007.

>ROSA EMILIA RODRIGUEZ VELEZ
>UNITED STATES ATTORNEY
>
>s/Dina Avila-Jiménez - 224202
>Assistant U.S. Attorney
>Torre Chardon, Room 1201
>350 Carlos Chardon Avenue
>San Juan, PR 00918
>Tel. (787) 766-5656
>Fax: (787) 766-5398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 16th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of June, 2007.

>/S/ Dina Avila-Jiménez
>Dina Avila-Jiménez - USDC 224202
>Assistant United States Attorney