## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**[9] SONIA HERNANDEZ REYES,**

Defendant.

**CASE NO. 00-96(SEC)**

### RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SERVE HER REMAINING TERM OF IMPRISONMENT BY HOME CONFINEMENT

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. On May 11, 2007 defendant filed a Motion Requesting that the remaining of her sentence be served by home confinement. (D.E. 921).

2. Defendant claims that in 2004 she suffered a stroke that affected the entire right side of her body. She also claims to suffer diabetes, glaucoma, and cataracts. As a result of her condition and her age (68) she requests that she be permitted to finish her sentence under house arrest terms in order for her to continue receiving therapy.

3. Defendant is due to be released November 2007.

4. The United States, at this stage at least, opposes defendant's request because there is no evidence to support her medical conditions and her inability to serve her prison term at MDC Guaynabo.

5. The United States understands that it, and this Honorable Court, would be in a better position to evaluate defendant's request if she would provide access, or the

documents themselves, to any and all medical documentation and reports that can support her claim.

**WHEREFORE,** the United States of America respectfully requests that this Honorable Court enter an Order DENYING defendant's motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of June, 2007.

>ROSA EMILIA RODRIGUEZ VELEZ
>UNITED STATES ATTORNEY
>
>s/Dina Avila-Jiménez - 224202
>Assistant U.S. Attorney
>Torre Chardon, Room 1201
>350 Carlos Chardon Avenue
>San Juan, PR 00918
>Tel. (787) 766-5656
>Fax: (787) 766-5398

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 16th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of June, 2007.

>/S/ Dina Avila-Jiménez
>Dina Avila-Jiménez - USDC 224202
>Assistant United States Attorney