AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **APPEARANCE** |
| Plaintiff, | |
| v. | CASE NO. 00-96(SEC) |
| **[9] SONIA HERNANDEZ REYES,** | |
| Defendant. | |

To the Clerk of this Honorable Court and all parties of record:

Kindly enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

<u>July 17, 2007</u>
Date

                                                  s\<u>Ilianys Rivera Miranda</u>
                                                Ilianys Rivera Miranda - 223006
                                                Assistant U.S. Attorney
                                                Torre Chardon, Room 1201
                                                350 Carlos Chardon Avenue
                                                San Juan, PR 00918
                                                Tel. (787) 766-5656
                                                Ilianys.Rivera@usdoj.gov

**Notice of Appearance**
<u>US v. [9] Sonia Hernandez Ayala</u>
Criminal No. 00-96(SEC)
Page 2

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to notify the counsels of record.

    At San Juan, Puerto Rico, this 17th day of July 2007.

    s\<u>Ilianys Rivera Miranda</u>
    Ilianys Rivera Miranda - 223006
    Assistant U.S. Attorney